O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINSTON FORNEY,                             )<br>                                             )<br>                    Petitioner,         )<br>                                             )<br>          vs.                                )<br>                                             )<br>JEFFREY A. BEARD, Secretary,         )<br>                                             )<br>                    Respondent.        )<br>_____) | Case No.  CV 14-9195-JGB (RNB)<br><br>ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATIONS<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been filed herein.  The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATED:   May 28, 2015

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE