JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

WINSTON FORNEY,

    Petitioner,

vs.

JEFFREY A. BEARD, Secretary,

    Respondent.

Case No. CV 14-9195-JGB (RNB)

**J U D G M E N T**

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: May 28, 2015

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE